IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LINDA CLARK                                                                    PLAINTIFF

      v.                    Civil No. 04-4152

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                        DEFENDANT

## **JUDGMENT**

On this 7th day of November, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Charles Barnette, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $1,442.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                            /s/ Bobby E. Shepherd
                                                           HONORABLE BOBBY E. SHEPHERD
                                                           UNITED STATES MAGISTRATE JUDGE